UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HESTIA MANAGEMENT, LLC,        )<br>        Plaintiff,        )<br>        )<br>v.        )<br>        )<br>PENN-AMERICA INSURANCE COMPANY )<br>and GLOBAL INDEMNITY GROUP        )<br>SERVICES, LLC,        )<br>        Defendants.        ) | Docket No. 1:21cv11366 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants, Penn-American Insurance Company and Global Indemnity Group Services, LLC, hereby remove from the Superior Court of Massachusetts, Middlesex County, to the United States District Court for the District of Massachusetts.

In support of this Notice of Removal, Defendants, Penn-America Insurance Company and Global Indemnity Group Services, LLC state as follows:

1. On or about August 5, 2021, Plaintiff, Hestia Management, LLC filed Civil Action 21-CV-01717 in Middlesex Superior Court in Woburn, Massachusetts. (See Plaintiff's Complaint, attached hereto as Exhibit 1.)

2. The Superior Court Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. The Superior Court Action is removable to the United States District Court pursuant to 28 U.S.C. § 1441(a). There is complete diversity between the parties.

3. Plaintiff is a duly organized Massachusetts corporation having a principal place of business in Newton, Massachusetts. Id. at ¶ 1.

2040759.v6

4. Defendant Penn-America Insurance Company is a Pennsylvania corporation with its principal place of business located in Bala Cynwyd, Pennsylvania.

5. Defendant Global Indemnity Group Services, LLC is a Pennsylvania limited liability company with its principal place of business in Bala Cynwyd, Pennsylvania. The member of Global Indemnity Group Services, LLC is GBLI Holdings LLC, a Delaware corporation with a principal place of business in Bala Cynwyd, Pennsylvania.

6. Therefore, diversity of citizenship exists and supports removal under 28 U.S.C. § 1332.

7. Plaintiff's Complaint alleges breach of contract and unfair business practices and unfair insurance practices. (Id.)

8. From the allegations in the Complaint, there is a reasonable probability that Plaintiff seeks damages in excess of $75,000. Plaintiff seeks insurance coverage for alleged "substantial damage" to their property. See Exhibit 1 at ¶ 7 and Exhibit A to the Complaint. Plaintiff also alleges unfair claim settlement practices and seeks "multiple damages and attorneys' fees on account of Defendants' willful or knowing violation of M.G.L. Chs. 93A and 176D." See id. at ¶ 16 and Requested Relief ¶ 3. Accordingly, there is a reasonable probability that the amount in controversy exceeds $75,000.

9. This Notice of Removal is being filed within thirty (30) days of this case's removability in accordance with 28 U.S.C. § 1446(b).

10. Written notice of the removal of this case, in the form attached hereto as Exhibit 2, together with a copy of this Notice of Removal shall be filed with the Clerk of

2040759.v6

Clerk of the Superior Court of Middlesex County, Massachusetts and shall be served on all parties of record as required by 28 U.S.C. § 1446(d).

11. Pursuant to 28 U.S.C. § 1446(a), Defendants attach all process, pleadings, and order that have been filed, served, or received in this action as Exhibit C.

12. Defendants, Penn-America Insurance Company and Global Indemnity Group Services, LLC hereby preserve all of their claims and defenses, both procedural and substantive.

Date: August 20, 2021

For the Defendants,
PENN-AMERICA INSURANCE COMPANY and
GLOBAL INDEMNITY GROUP SERVICES, LLC
By its attorneys,

*/s/ Michael S. Antonellis*

Anthony Antonellis BBO#557964
Michael S. Antonellis, BBO#600501
SLOANE and WALSH, LLP
One Boston Place
201 Washington Street, Suite 1600
Boston, MA  02108
Telephone:  (617) 523-6010
Facsimile:   (617) 227-0927
aantonellis@sloanewalsh.com
mantonellis@sloanewalsh.com

2040759.v6

## CERTIFICATE OF SERVICE

      I, Michael S. Antonellis, Esq., do hereby certify that on this 20th day of August 2021, I caused the foregoing document to be filed via the ECF filing system copies of which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants. I have also served a copy of the foregoing document via first class mail and email to the following:

Plaintiff's Counsel:
Frank Scardino, BBO #703911
Valentin Gurvits, BBO #643572
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com

                                        */s/ Michael S. Antonellis*
                                        Michael S. Antonellis