# EXHIBIT 2

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

| | |
|---|---|
| HESTIA MANAGEMENT, LLC, | ) |
| | ) TRIAL COURT OF THE COMMONWEALTH |
| Plaintiff, | ) SUPERIOR COURT DEPARTMENT |
| | ) |
| v. | ) CIVIL DOCKET NO. 2181-CV-01717 |
| | ) |
| PENN-AMERICA INSURANCE COMPANY and GLOBAL INDEMNITY GROUP SERVICES, LLC | ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF THE FILING OF NOTICE FOR**
**REMOVAL TO THE UNITED STATES DISTRICT COURT**

Please take note that on August 20, 2021, the above-captioned action was removed to the United States District Court for the District of Massachusetts, pursuant to Title 28 United States §§ 1332, 1441, and 1446. A copy of the Notice of Removal is attached hereto as Exhibit A in accordance with 28 U.S.C. § 1446(d).

          Defendants,
          PENN-AMERICA INSURANCE COMPANY and
          GLOBAL INDEMNITY GROUP SERVICES, INC.

          By its attorneys,

          /s/ Michael S. Antonellis
          Anthony J. Antonellis BBO#557964
          Michael S. Antonellis BBO #600501
          Sloane and Walsh, LLP
Date: August 20, 2021      201 Washington Street, Suite 1600
          Boston, MA  02108
          Telephone:  (617) 523-6010
          Facsimile:   (617) 227-0927
          aantonellis@sloanewalsh.com
          mantonellis@sloanewalsh.com

2044182.v1

## **CERTIFICATE OF SERVICE**

I, Michael S. Antonellis, Esq., hereby certify that on this day, I served the foregoing, by U.S. Mail and email to the following counsel of record:

Frank Scardino, Esq.
Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA  02459
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com


Date:  August 20, 2021                    /s/ Michael A. Antonellis
                                                                    Michael S. Antonellis