UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HESTIA MANAGEMENT, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>PENN-AMERICA INSURANCE COMPANY<br>and GLOBAL INDEMNITY GROUP<br>SERVICES, LLC,<br>　　　　Defendants. | Docket No. 1:21cv11366 |

## CORPORATE DISCLOSURE OF
## DEFENDANT PENN-AMERICA INSURANCE COMPANY

Pursuant to Rule 7.1, Defendant, Penn-American Insurance Company respectfully files its corporate disclosure statement. Global Indemnity Group, LLC, a publicly held corporation, owns 100% of Penn-America Insurance Company.

Date:  August 20, 2021

For the Defendant,
PENN-AMERICA INSURANCE COMPANY
By its attorneys,

*/s/ Michael S. Antonellis*

Anthony Antonellis BBO#557964
Michael S. Antonellis, BBO#600501
SLOANE and WALSH, LLP
One Boston Place
201 Washington Street, Suite 1600
Boston, MA  02108
Telephone:  (617) 523-6010
Facsimile:   (617) 227-0927
aantonellis@sloanewalsh.com
mantonellis@sloanewalsh.com

2044199.v1

## **CERTIFICATE OF SERVICE**

  I, Michael S. Antonellis, Esq., do hereby certify that on this 20th day of August 2021, I caused the foregoing document to be filed via the ECF filing system copies of which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants. I have also served a copy of the foregoing document via first class mail and email to the following:

Plaintiff's Counsel:
Frank Scardino, BBO #703911
Valentin Gurvits, BBO #643572
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com

                */s/ Michael S. Antonellis*
                Michael S. Antonellis