UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HESTIA MANAGEMENT, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>PENN-AMERICA INSURANCE COMPANY<br>and GLOBAL INDEMNITY GROUP<br>SERVICES, LLC,<br>　　　　Defendants. | Docket No. 1:21cv11366 |

## CORPORATE DISCLOSURE OF
## DEFENDANT GLOBAL INDEMNITY GROUP SERVICES, LLC

Pursuant to Rule 7.1, Defendant, Global Indemnity Group Services, LLC respectfully files its corporate disclosure statement. Global Indemnity Group, LLC, a publicly held corporation, owns 100% of Global Indemnity Group Services, LLC.

　　　　　　　　　　　　　　　　　For the Defendant,
　　　　　　　　　　　　　　　　　Global Indemnity Group Services, LLC
　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　*/s/ Michael S. Antonellis*

Date:  August 20, 2021
　　　　　　　　　　　　　　　　　Anthony Antonellis BBO#557964
　　　　　　　　　　　　　　　　　Michael S. Antonellis, BBO#600501
　　　　　　　　　　　　　　　　　SLOANE and WALSH, LLP
　　　　　　　　　　　　　　　　　One Boston Place
　　　　　　　　　　　　　　　　　201 Washington Street, Suite 1600
　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　Telephone:  (617) 523-6010
　　　　　　　　　　　　　　　　　Facsimile:   (617) 227-0927
　　　　　　　　　　　　　　　　　aantonellis@sloanewalsh.com
　　　　　　　　　　　　　　　　　mantonellis@sloanewalsh.com

2044207.v1

## **CERTIFICATE OF SERVICE**

      I, Michael S. Antonellis, Esq., do hereby certify that on this 20th day of August 2021, I caused the foregoing document to be filed via the ECF filing system copies of which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants. I have also served a copy of the foregoing document via first class mail and email to the following:

Plaintiff's Counsel:
Frank Scardino, BBO #703911
Valentin Gurvits, BBO #643572
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com

                                            */s/ Michael S. Antonellis*
                                            Michael S. Antonellis