AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| HESTIA MANAGEMENT, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21cv11366 |
| PENN-AMERICA INSURANCE COMPANY, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Penn-American Insurance Company and Global Indemnity Group Services, LLC    .

Date:   08/20/2021

/s/ Anthony J. Antonellis
*Attorney's signature*

Anthony J. Antonellis, BBO #557964
*Printed name and bar number*
Sloane and Walsh, LLP
201 Washington Street, Suite 1600
Boston, MA  02108

*Address*

aantonellis@sloanewalsh.com
*E-mail address*

(617) 523-6010
*Telephone number*

(617) 227-0927
*FAX number*