UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Hestia Management LLC<br><br>    Plaintiff,<br><br>v.<br><br>Penn-America Insurance Company, and Global Indemnity Group Services, LLC<br><br>    Defendants. | Docket No. 1:21CV11366 |

## FIRST AMENDED COMPLAINT

This is an action for breach of contract and unfair business and insurance practices in violation of M.G.L. Chs. 93A and 176D where Plaintiff seeks damages and on account of Defendants' wrongful and unfair denial of Plaintiff's insurance claim. Plaintiff requests a trial by jury on all issues so triable.

## PARTIES

1. Plaintiff Hestia Management LLC is a limited liability company formed under the laws of the Commonwealth of Massachusetts with its business office located at 539 Commonwealth Ave, Newton, Middlesex County, Massachusetts.

2. Defendant Penn-America Insurance Company ("Penn-America") is a foreign insurance company incorporated in Pennsylvania that is authorized to conduct the business of insurance in the Commonwealth of Massachusetts and issues commercial lines insurance policies covering risks in Massachusetts. Upon information and belief, Penn-America does not maintain a registered agent in the Commonwealth of Massachusetts.

1

3. Defendant Global Indemnity Group Services, LLC ("Global Indemnity" and collectively with Penn-America, "Defendants") is a foreign limited liability company incorporated in Pennsylvania that is authorized to conduct the business of insurance in the Commonwealth of Massachusetts. Penn-America is a member of Global Indemnity. Upon information and belief, Global Indemnity does not maintain a registered agent in the Commonwealth of Massachusetts.

4. Penn-America issued a commercial lines insurance policy to Hestia Management LLC with policy No. PAV0205873 (the "Policy") with effective dates of July 12, 2019 to July 12, 2020.

5. The Policy included property coverage for three separate buildings, including a building at 114R June Street in Worcester, Massachusetts.

6. Hestia Management LLC recently acquired the 114R June Street property, which is a two-family rental property.

7. The property at 114R June Street was substantially damaged by fire on August 11, 2019.

8. Hestia Management LLC placed Defendants on notice of the loss and requested coverage under the Policy issued by Penn-America.

9. Following an investigation, Penn-America and Global Indemnity denied coverage on the basis of alleged misrepresentations in the Application for Insurance, relying upon Massachusetts General Laws, Chapter 175, Section 186. An accurate copy of the January 13, 2021 letter denying coverage is attached to this complaint as Exhibit A.

## COUNT I
## (BREACH OF CONTRACT)

10. Plaintiff Hestia Management LLC repeats and realleges each of the allegations contained in the foregoing paragraphs as if set forth in full herein.

11. Global Indemnity's and Penn-America's denial of coverage was improper and constituted a breach of contract because the alleged misrepresentations either did not occur or were not material to the risk being insured.

12. Global Indemnity's and Penn-America's breach of contract resulted in damages to Hestia Management LLC in the amount of the covered loss under the Policy and other resulting consequential damages.

## COUNT II
## (UNFAIR BUSINESS PRACTICES M.G.L. c. 93A AND UNFAIR INSUARNCE PRACTICES, M.G.L. c. 176D)

13. Plaintiff Hestia Management LLC repeats and realleges each of the allegations contained in the foregoing paragraphs as if set forth in full herein.

14. At all relevant times Defendants have engaged in the business of insurance in the Commonwealth of Massachusetts.

15. Defendants insured Plaintiff.

16. Defendants have engaged in unfair claim settlement practices by, without limitation, compelling Plaintiff to institute litigation to recover amounts due under an insurance policy by offering substantially less than the amount that will ultimately be recovered by Plaintiff.

17. As a result, Hestia Management LLC has suffered harm and damages for which Defendants are liable.

## **PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

## **REQUESTED RELIEF**

WHEREFORE, Plaintiff requests the following relief:

1. Enter judgment for Plaintiff on all Counts of its Complaint;

2. Award Plaintiff damages as determined at trial, plus attorneys' fees, interest and costs as provided by law;

3. Award Plaintiff multiple damages and attorneys' fees on account of Defendants' willful or knowing violation of M.G.L. Chs. 93A and 176D; and

4. Any and all further relief that this Court deems just and proper.

Dated: August 25, 2021

Respectively Submitted,

        Plaintiff,
        Hestia Management LLC
        By its Attorneys,

        /s/ Valentin Gurvits_____
        Valentin Gurvits, BBO# 643572
        Frank Scardino, BBO# 703911 *(PHV Forthcoming)*
        Boston Law Group, PC
        825 Beacon Street, Suite 20
        Newton Center, MA 02459
        frank@bostonlawgroup.com
        vgurvits@bostonlawgroup.com
        Tel: 617-928-1800 / Fax: 617-928-1802

**CERTIFICATE OF SERVICE**

      I, Valentin Gurvits, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.


Dated: August 25, 2021                            /s/ Valentin Gurvits_____