**Commonwealth o Massachusetts**
**MIDDLESEX SUPERIOR COURT DEPARTMENT**
**THE TRIAL COURT**
**Woburn**

### Civil Docket#2181CV01717

I, C. Andrew Johnson, Deputy Assistant Clerk of the Superior Court, Within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings in **2181CV01717** entered in the Superior Court on the **5th** day of **August** in the year of our Lord 2021.

In testimony whereof, I hereunto set my hand and affix seal of said Middlesex Superior Court at Woburn in said county, this **26th** day **of August**, in the year of our Lord **Two Thousand Twenty-One.**



C. Andrew Johnson
Deputy Assistant Clerk



# COMMONWEALTH OF MASSACHUSETTS
## MIDDLESEX COUNTY
### Docket Report

## 2181CV01717 Hestia Management LLC vs. Penn-America Insurance Company et al

| | |
|---|---|
| **CASE TYPE:** Contract / Business Cases | **FILE DATE:** 08/05/2021 |
| **ACTION CODE:** A06 | **CASE TRACK:** F - Fast Track |
| **DESCRIPTION:** Insurance Contract | |
| **CASE DISPOSITION DATE:** | **CASE STATUS:** Open |
| **CASE DISPOSITION:** Pending | **STATUS DATE:** 08/05/2021 |
| **CASE JUDGE:** | **CASE SESSION:** Civil J Rm 520 |

### PARTIES

**Plaintiff**
Hestia Management LLC
539 Commonwealth Avenue
Newton, MA 02458-1263

**Attorney** 643572
Valentin David Gurvits
Boston Law Group, PC
Boston Law Group, PC
825 Beacon St
Suite 20
Newton Center, MA 02459
Work Phone (617) 928-1804
Added Date: 08/05/2021

**Attorney** 703911
Frank Scardino
Boston Law Group PC
Boston Law Group PC
825 Beacon St
Suite 20
Newton, MA 02459
Work Phone (617) 928-1805
Added Date: 08/05/2021

**Defendant**
Global Indemnity Group Services, LLC
Three Bala Plaza East Suite 300
Bala Cynwyd, PA 19004

**Attorney** 600501
Michael Stuart Antonellis
Sloane and Walsh, LLP
Sloane and Walsh, LLP
One Boston Place
201 Washington Street Suite 1600
Boston, MA 02108
Work Phone (617) 523-6010
Added Date: 08/25/2021

**Defendant**
Penn-America Insurance Company
Three Bala Plaza East Suite 300
Bala Cynwyd, PA 19004

**Attorney** 600501
Michael Stuart Antonellis
Sloane and Walsh, LLP
Sloane and Walsh, LLP
One Boston Place
201 Washington Street Suite 1600
Boston, MA 02108
Work Phone (617) 523-6010
Added Date: 08/25/2021

CRTR2709-CR 

**COMMONWEALTH OF MASSACHUSETTS**
**MIDDLESEX COUNTY**
Docket Report

| | FINANCIAL DETAILS | | | | |
|---|---|---|---|---|---|
| Date | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
| 08/05/2021 | Civil Filing Fee (per Plaintiff) | 240.00 | 240.00 | 0.00 | 0.00 |
| 08/05/2021 | Civil Security Fee (G.L. c. 262, § 4A) | 20.00 | 20.00 | 0.00 | 0.00 |
| 08/05/2021 | Civil Surcharge (G.L. c. 262, § 4C) | 15.00 | 15.00 | 0.00 | 0.00 |
| 08/05/2021 | Fee for Blank Summons or Writ (except Writ of Habeas Corpus) MGL 262 sec 4b | 10.00 | 10.00 | 0.00 | 0.00 |
| | **Total** | **285.00** | **285.00** | **0.00** | **0.00** |

| | | INFORMATIONAL DOCKET ENTRIES | |
|---|---|---|---|
| Date | Ref | Description | Judge |
| 08/05/2021 | | Attorney appearance<br>On this date Valentin David Gurvits, Esq. added for Plaintiff Hestia Management LLC | |
| 08/05/2021 | | Attorney appearance<br>On this date Frank Scardino, Esq. added for Plaintiff Hestia Management LLC | |
| 08/05/2021 | | Case assigned to:<br>DCM Track F - Fast Track was added on 08/05/2021 | |
| 08/05/2021 | 1 | Original civil complaint filed. | |
| 08/05/2021 | 2 | Civil action cover sheet filed. | |
| 08/05/2021 | | Demand for jury trial entered. | |
| 08/05/2021 | | EDocument sent:<br>A Tracking Order was generated and sent to:<br>Plaintiff, Attorney: Valentin David Gurvits, Esq.<br>vgurvits@bostonlawgroup.com<br>Plaintiff, Attorney: Frank Scardino, Esq. frank@bostonlawgroup.com | |
| 08/05/2021 | | EDocument sent:<br>A Tracking Order was generated and sent to:<br>Plaintiff, Attorney: Valentin David Gurvits, Esq.<br>vgurvits@bostonlawgroup.com | |
| 08/16/2021 | 3 | Defendants Penn-America Insurance Company, Global Indemnity Group Services, LLC's Notice of<br>the Filing of Notice for Removal to the United Stated District Court | |
| 08/25/2021 | | Attorney appearance<br>On this date Michael Stuart Antonellis, Esq. added for Defendant Penn-America Insurance Company | |
| 08/25/2021 | | Attorney appearance<br>On this date Michael Stuart Antonellis, Esq. added for Defendant Global Indemnity Group Services, LLC | |

Printed: 08/26/2021 3:16 pm    Case No: 2181CV01717    Page: 2

---

MIDDLESEX, SS. ***Commonwealth of Massachusetts***
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this Twenty-Sixth day of August, 2021.

Deputy Assistant Clerk

1

## COMMONWEALTH OF MASSACHUSETTS

**Middlesex, SS.**

| | |
|---|---|
| Hestia Management LLC<br><br>Plaintiff,<br><br>v.<br><br>Penn-America Insurance Company, and<br>Global Indemnity Group Services, LLC<br><br>Defendants. | Massachusetts Trial Court Division<br>Middlesex Superior Court<br>Case No. 21-1717<br><br>FILED<br>IN THE OFFICE OF THE<br>CLERK OF COURTS<br>FOR THE COUNTY OF MIDDLESEX<br><br>AUG 05 2021<br><br>CLERK |

## COMPLAINT

This is an action for breach of contract and unfair business and insurance practices in violation of M.G.L. Chs. 93A and 176D where Plaintiff seeks damages and on account of Defendants' wrongful and unfair denial of Plaintiff's insurance claim. Plaintiff requests a trial by jury on all issues so triable.

## PARTIES

1. Plaintiff Hestia Management LLC is a limited liability company formed under the laws of the Commonwealth of Massachusetts with its business office located at 539 Commonwealth Ave, Newton, Middlesex County, Massachusetts.

2. Defendant Penn-America Insurance Company ("Penn-America") is a foreign insurance company incorporated in Pennsylvania that is authorized to conduct the business of insurance in the Commonwealth of Massachusetts and issues commercial lines insurance policies covering risks in Massachusetts. Upon information and belief, Penn-America does not maintain a registered agent in the Commonwealth of Massachusetts.

1

3.     Defendant Global Indemnity Group Services, LLC ("Global Indemnity" and collectively with Penn-America, "Defendants") is a foreign limited liability company incorporated in Pennsylvania that is authorized to conduct the business of insurance in the Commonwealth of Massachusetts. Penn-America is a member of Global Indemnity. Upon information and belief, Global Indemnity does not maintain a registered agent in the Commonwealth of Massachusetts.

4.     Penn-America issued a commercial lines insurance policy to Hestia Management LLC with policy No. PAV0208573 (the "Policy") with effective dates of July 12, 2019 to July 12, 2020.

5.     The Policy included property coverage for three separate buildings, including a building at 114R June Street in Worcester, Massachusetts.

6.     Hestia Management LLC recently acquired the 114R June Street property, which is a two-family rental property.

7.     The property at 114R June Street was substantially damaged by fire on August 11, 2019.

8.     Hestia Management LLC placed Defendants on notice of the loss and requested coverage under the Policy issued by Penn-America.

9.     Following an investigation, Penn-America and Global Indemnity denied coverage on the basis of alleged misrepresentations in the Application for Insurance, relying upon Massachusetts General Laws, Chapter 175, Section 186. An accurate copy of the January 13, 2021 letter denying coverage is attached to this complaint as Exhibit A.

## COUNT I
## (BREACH OF CONTRACT)

10. Plaintiff Hestia Management LLC repeats and realleges each of the allegations contained in the foregoing paragraphs as if set forth in full herein.

11. Global Indemnity's and Penn-America's denial of coverage was improper and constituted a breach of contract because the alleged misrepresentations either did not occur or were not material to the risk being insured.

12. Global Indemnity's and Penn-America's breach of contract resulted in damages to Hestia Management LLC in the amount of the covered loss under the Policy and other resulting consequential damages.

## COUNT II
## (UNFAIR BUSINESS PRACTICES M.G.L. c. 93A AND UNFAIR INSUARNCE PRACTICES, M.G.L. c. 176D)

13. Plaintiff Hestia Management LLC repeats and realleges each of the allegations contained in the foregoing paragraphs as if set forth in full herein.

14. At all relevant times Defendants have engaged in the business of insurance in the Commonwealth of Massachusetts.

15. Defendants insured Plaintiff.

16. Defendants have engaged in unfair claim settlement practices by, without limitation, compelling Plaintiff to institute litigation to recover amounts due under an insurance policy by offering substantially less than the amount that will ultimately be recovered by Plaintiff.

17. As a result, Hestia Management LLC has suffered harm and damages for which Defendants are liable.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE

REQUESTED RELIEF

WHEREFORE, Plaintiff requests the following relief:

1. Enter judgment for Plaintiff on all Counts of its Complaint;

2. Award Plaintiff damages as determined at trial, plus attorneys' fees, interest and costs as provided by law;

3. Award Plaintiff multiple damages and attorneys' fees on account of Defendants' willful or knowing violation of M.G.L. Chs. 93A and 176D; and

4. Any and all further relief that this Court deems just and proper.

Dated: August 5, 2021

Respectively Submitted,

Plaintiff,
Hestia Management LLC
By its Attorneys,

Frank Scardino, BBO# 703911
Valentin Gurvits, BBO# 643572
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com
Tel: 617-928-1800 / Fax: 617-928-1802

---

MIDDLESEX, ss. **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this Twenty-Sixth day of August, 2021.

Deputy Assistant Clerk

FILED IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

COMMONWEALTH OF MASSACHUSETTS

AUG 2 5 2021

MIDDLESEX, ss.

CLERK

| | |
|---|---|
| HESTIA MANAGEMENT, LLC, ) | |
| ) | TRIAL COURT OF THE COMMONWEALTH |
| Plaintiff, ) | SUPERIOR COURT DEPARTMENT |
| ) | |
| v. ) | CIVIL DOCKET NO. 2181-CV-01717 |
| ) | |
| PENN-AMERICA INSURANCE ) | |
| COMPANY and GLOBAL INDEMNITY ) | |
| GROUP SERVICES, LLC ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF THE FILING OF NOTICE FOR
## REMOVAL TO THE UNITED STATES DISTRICT COURT

Please take note that on August 20, 2021, the above-captioned action was removed to the United States District Court for the District of Massachusetts, pursuant to Title 28 United States §§ 1332, 1441, and 1446. A copy of the Notice of Removal is attached hereto as Exhibit A in accordance with 28 U.S.C. § 1446(d).

Defendants,
PENN-AMERICA INSURANCE COMPANY and
GLOBAL INDEMNITY GROUP SERVICES, INC.

By its attorneys,

/s/ Michael S. Antonellis
Anthony J. Antonellis BBO#557964
Michael S. Antonellis BBO #600501
Sloane and Walsh, LLP
201 Washington Street, Suite 1600
Boston, MA 02108
Telephone: (617) 523-6010
Facsimile: (617) 227-0927
aantonellis@sloanewalsh.com
mantonellis@sloanewalsh.com

Date: August 20, 2021

2042582.v4

## CERTIFICATE OF SERVICE

I, Michael S. Antonellis, Esq., hereby certify that on this day, I served the foregoing, by U.S. Mail and email to the following counsel of record:

Frank Scardino, Esq.
Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA  02459
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com


Date:  August 20, 2021                    /s/ Michael A. Antonellis
                                          Michael S. Antonellis

2042582.v4