UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HESTIA MANAGEMENT, LLC, | ) | |
| Plaintiff, | ) | Docket No. 1:21cv11366 |
| | ) | |
| v. | ) | |
| | ) | |
| PENN AMERICA INSURANCE COMPANY | ) | |
| and GLOBAL INDEMNITY GROUP | ) | |
| SERVICES, LLC, | ) | |
| Defendants. | ) | |

### DEFENDANT GLOBAL INDEMNITY GROUP SERVICES, LLC ANSWER TO AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL

1. The defendant, Global Indemnity Group Services, LLC ("Global Indemnity"), is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The allegations contained in this paragraph are not directed at Global Indemnity, and accordingly, Global Indemnity does not plead in response to the allegations.

3. It is admitted that Global Indemnity is a foreign limited liability company incorporated in Pennsylvania, that Penn America Insurance Company ("Penn America") is a member of Global Indemnity, and that Global Indemnity does not maintain a registered agent in the Commonwealth of Massachusetts. It is denied that Global Indemnity is an insurance company licensed and qualified to write certain lines of insurance within the State of Massachusetts, as Global Indemnity is not a proper defendant in this matter, but merely the parent company of Penn America. To the extent that any communications with the Plaintiff refer to "Global Indemnity", those communications were not intended to indicate anything other than that Penn America was the underwriting insurance company for the Policy and Penn America denied coverage. As the parent company of Penn America, Global Indemnity is not a proper defendant in this action.

4. The allegations contained in this paragraph are not directed at Global Indemnity, and accordingly, Global Indemnity does not plead in response to the allegation.

5. The allegations contained in this paragraph are not directed at Global Indemnity, and accordingly, Global Indemnity does not plead in response to the allegation.

6. Global Indemnity is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

7. It is admitted that the Plaintiff submitted a claim under Penn America policy number PAV0205873 (the "Policy") to Penn America regarding a fire on August 11, 2021 at 114R June Street, Worcester, Massachusetts.

8. It is admitted that the Plaintiff submitted a claim under the Policy to Penn America regarding a fire on August 11, 2021 at 114R June Street, Worcester, Massachusetts. To the extent the allegations contained in this paragraph state a legal conclusion, no answer is required. However, to the extent that the paragraph purports to state additional allegations of fact or claims against the defendant, they are denied.

9. It is denied that Global Indemnity denied coverage under the Policy, as Global Indemnity is not a proper defendant in this matter, but merely the parent company of Penn America. To the extent that any communications with the Plaintiff contain the Global Indemnity name, those communications were not intended to indicate anything more than Penn America was the underwriting insurance company for the Policy and denied coverage. This paragraph makes characterizations of a written document, the contents of which speak for themselves, and requires no response. To the extent that the paragraph purports to state allegations of fact or claims against the defendant, they are denied.

## COUNT I
## (BREACH OF CONTRACT)

10.     Global Indemnity restates in this paragraph the responses set forth in the preceding paragraphs above as if the same were herein separately set forth.

11.     Global Indemnity denies the allegations in this paragraph directed at Global Indemnity. The remaining allegations contained in this paragraph are not directed at Global Indemnity, and accordingly, Global Indemnity does not plead in response to those remaining allegations.

12.     Global Indemnity denies the allegations in this paragraph directed at Global Indemnity. The remaining allegations contained in this paragraph are not directed at Global Indemnity, and accordingly, Global Indemnity does not plead in response to those remaining allegations.

## COUNT II
## (UNFAIR BUSINESS PRACTICES M.G.L. c. 93a AND UNFAIR INSURANCE PRACTICES, M.G.L. c. 176D)

13.     Global Indemnity restates in this paragraph the responses set forth in the preceding paragraphs above as if the same were herein separately set forth.

14.     Global Indemnity denies the allegations in this paragraph directed at Global Indemnity. The remaining allegations contained in this paragraph are not directed at Global Indemnity, and accordingly, Global Indemnity does not plead in response to those remaining allegations.

15.     Global Indemnity denies the allegations in this paragraph directed at Global Indemnity. The remaining allegations contained in this paragraph are not directed at Global Indemnity, and accordingly, Global Indemnity does not plead in response to those remaining allegations.

16. Global Indemnity denies the allegations in this paragraph directed at Global Indemnity. The remaining allegations contained in this paragraph are not directed at Global Indemnity, and accordingly, Global Indemnity does not plead in response to those remaining allegations.

17. Global Indemnity denies the allegations in this paragraph directed at Global Indemnity. The remaining allegations contained in this paragraph are not directed at Global Indemnity, and accordingly, Global Indemnity does not plead in response to those remaining allegations.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The defendant asserts that there is no contractual relationship or agreement between the plaintiff and the defendant, specifically, the defendant never entered into the contract alleged in the Amended Complaint.

### Second Affirmative Defense

To the extent the defendant had any obligations to the plaintiff, such obligations have been fully, completely, and properly performed.

### Third Affirmative Defense

The plaintiff has failed to state claim upon which relief can be granted against Global Indemnity.

### Fourth Affirmative Defense

Global Indemnity is not a proper defendant because it is merely the parent company of Penn America and it is not the underwriting company for the subject insurance policy.

## **DEMAND FOR JURY TRIAL**

The Defendant respectfully demands a trial by jury on all claims and issues so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant Global Indemnity respectfully requests that this Court enter an order in its favor against the Plaintiff:

1. Deny any and all relief requested by the Plaintiff;

2. Dismiss the Complaint with prejudice and enter judgment in favor of Global Indemnity;

3. Award Global Indemnity the costs herein expended and such other and further relief that this Court deems just and proper.

Date:   September 8, 2021

For the Defendant,
GLOBAL INDEMNITY GROUP SERVICES, LLC
By its attorneys,

*/s/ Michael S. Antonellis*

Anthony Antonellis BBO#557964
Michael S. Antonellis, BBO#600501
SLOANE and WALSH, LLP
One Boston Place
201 Washington Street, Suite 1600
Boston, MA  02108
Telephone:  (617) 523-6010
Facsimile:   (617) 227-0927
aantonellis@sloanewalsh.com
mantonellis@sloanewalsh.com

## **CERTIFICATE OF SERVICE**

      I, Michael S. Antonellis, Esq., do hereby certify that on this 8th day of September 2021, I caused the foregoing document to be filed via the ECF filing system copies of which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants. I have also served a copy of the foregoing document via first class mail and email to the following:

Plaintiff's Counsel:
Frank Scardino, BBO #703911
Valentin Gurvits, BBO #643572
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com

                                                        */s/ Michael S. Antonellis*
                                                        Michael S. Antonellis

2050061.v1
2050061.v1