# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HESTIA MANAGEMENT, LLC, )<br>      Plaintiff, ) | Docket No. 1:21cv11366 |
| )<br>v. )<br>) | |
| PENN-AMERICA INSURANCE COMPANY )<br>and GLOBAL INDEMNITY GROUP )<br>SERVICES, LLC, )<br>      Defendants. ) | |

## JOINT RULE 26(F) REPORT AND PROPOSED SCHEDULING ORDER

Pursuant to Local Rule 16.1, Federal Rule of Civil Procedure 26(f), and this Court's August 27, 2021 Notice of Scheduling conference, Plaintiff Hestia Management, LLC ("Plaintiff") and Defendants Penn-America Insurance Company and Global Indemnity Group Services, LLC ("Defendants") hereby submit the following report and proposed scheduling order.

### Proposed Discovery Plan and Motion Schedule

**1. Initial Disclosures.**

The parties propose the exchange of initial disclosures no later than October 29, 2021.

**2. Subjects, Timing, and Phasing of Discovery and Timing of Dispositive Motions.**

The parties anticipate discovery concerning, but not limited to, the topics raised in the Plaintiff's Amended Complaint and any topics raised in Defendants' Answers, including any affirmative defenses and counterclaims.

At this time, the parties do not believe that conducting discovery in phases would enhance the opportunity for early resolution of this case.

As to the timing of discovery and dispositive motions, the parties propose the following schedule:

2080630.v1

| Event | Proposed Date |
|---|---|
| Deadline to Amend Pleadings | January 10, 2022 |
| Deadline for Completion of Fact Discovery | May 10, 2022 |
| Deadline for Designation of Affirmative Trial Experts and Disclosure of Expert Reports | June 15, 2022 |
| Deadline for Designation of Rebuttal Trial Experts and disclosure of Expert Reports | July 22, 2022 |
| Deadline for Deposition of Expert Witnesses | August 26, 2022 |
| Deadline for Dispositive Motions | October 14, 2022 |

3. **Discovery of Electronically Stored Information (ESI)**

The parties anticipate that this matter will involve the production of ESI and agree that ESI will be produced as native files, multi-page TIFFs (with a companion OCR or extracted text file), or single-page TIFFs (with load files for e-discovery software that include metadata fields identifying natural document breaks and also include companion OCR and/or extracted text files).

4. **Limitation on Discovery.**

At this time, the parties do not anticipate the need to restrict discovery beyond the limits imposed by the Federal Rules of Civil Procedure and this Court's Local Rules.

5. **Other Discovery Orders.**

2080630.v1

The parties do not anticipate any additional discovery orders at this time.

## Counsel and Party Certifications

Certifications signed by the Parties and their counsel will be filed separately.

## Reassignment to Magistrate Judge

At this time, the parties do not consent to trial by magistrate judge.

| For the Plaintiff<br>HESTIA MANAGEMENT, LLC | For the Defendants,<br>PENN-AMERICA INSURANCE COMPANY<br>GLOBAL INDEMNITY GROUP SERVICES, LLC |
|---|---|
| By its attorneys,<br><br>*/s/ Frank Scardino*<br><br>Frank Scardino, BBO #703911<br>Valentin Gurvits, BBO #643572<br>Boston Law Group, PC<br>825 Beacon Street, Suite 20<br>Newton Center, MA 02459<br>frank@bostonlawgroup.com<br>vgurvits@bostonlawgroup.com | By their attorneys,<br><br>*/s/ Michael S. Antonellis*<br>Michael S. Antonellis, BBO#600501<br>Anthony Antonellis BBO#557964<br>SLOANE and WALSH, LLP<br>One Boston Place<br>201 Washington Street, Suite 1600<br>Boston, MA  02108<br>aantonellis@sloanewalsh.com<br>mantonellis@sloanewalsh.com |

October 14 2021

**CERTIFICATE OF SERVICE**

      I, Michael S. Antonellis, Esq., do hereby certify that on this 14 day of October 2021, I caused the foregoing document to be filed via the ECF filing system copies of which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants:

Plaintiff's Counsel:
Frank Scardino, BBO #703911
Valentin Gurvits, BBO #643572
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com

                                                    */s/ Michael S. Antonellis*
                                                   Michael S. Antonellis

2080630.v1