**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HESTIA MANAGEMENT, LLC,<br>　　　　　Plaintiff,<br><br>v.<br><br>PENN-AMERICA INSURANCE COMPANY<br>and GLOBAL INDEMNITY GROUP<br>SERVICES, LLC,<br>　　　　　Defendants. | Docket No. 1:21cv11366 |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANTS, PENN-AMERICA INSURANCE COMPANY and GLOBAL INDEMNITY GROUP SERVICE, LLC

Pursuant to Mass. Local Rule 16.1(d)(3), the undersigned hereby certify that the Defendants, Penn-America Insurance Company and Global Indemnity Group Services, LLC and the undersigned counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and,

(b) to consider the resolution of litigation through use of alternative dispute resolution programs such as those outlined in Mass. Local Rule 16.4.

Defendant
Penn-America Insurance Company

*[signature]*

Defendant
Global Indemnity Services, LLC

*[signature]*

For the Defendants,
PENN-AMERICA INSURANCE COMPANY
GLOBAL INDEMNITY GROUP SERVICES, LLC

By their attorneys,

*/s/ Michael S. Antonellis*
Michael S. Antonellis, BBO#600501
Anthony Antonellis BBO#557964
SLOANE and WALSH, LLP
One Boston Place
201 Washington Street, Suite 1600
Boston, MA 02108
aantonellis@sloanewalsh.com
mantonellis@sloanewalsh.com

2

2074535.v1
2074535.v1

      I, Michael S. Antonellis, Esq., do hereby certify that on this 14th day of October 2021, I caused the foregoing document to be filed via the ECF filing system copies of which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants:

Plaintiff's Counsel:
Frank Scardino, BBO #703911
Valentin Gurvits, BBO #643572
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com

                                                */s/ Michael S. Antonellis*
                                                Michael S. Antonellis