UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HESTIA MANAGEMENT, LLC,  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PENN-AMERICA INSURANCE COMPANY  )<br>and GLOBAL INDEMNITY GROUP  )<br>SERVICES, LLC,  )<br>  Defendants.  ) | Docket No. 1:21cv11366 |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF PLAINTIFF, HESTIA MANAGEMENT, LLC

Pursuant to Mass. Local Rule 16.1(d)(3), the undersigned hereby certify that the Plaintiff, Hestia Management, LLC and the undersigned counsel have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and,

(b) To consider the resolution of litigation through use of alternative dispute resolution programs such as those outlined in Mass. Local Rule 16.4.

[Signature Page Follows]

1

For the Plaintiff
HESTIA MANAGEMENT, LLC

By its attorneys,


/s/ Valentin Gurvits
Valentin Gurvits, BBO #643572
Frank Scardino, BBO #703911
(*phv forthcoming*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com


HESTIA MANAGEMENT, LLC

Sofia Livshits, Manager


October 14, 2021

**CERTIFICATE OF SERVICE**

  I, Valentin Gurvits, Esq., do hereby certify that on this 20th day of October 2021, I caused the foregoing document to be filed via the ECF filing system copies of which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants:

Defendant's Counsel:
Anthony J. Antonellis, Esq.
Michael S. Antonellis, Esq.
Sloane & Walsh LLP
One Boston Place, Suite 1600
Boston, MA 02108
aantonellis@sloanewalsh.com
mantonellis@sloanewalsh.com

           */s/ Valentin Gurvits*_____
           Valentin Gurvits