AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| HESTIA MANAGEMENT, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21cv11366 |
| PENN-AMERICA INSURANCE COMPANY, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Penn-American Insurance Company and Global Indemnity Group Services, LLC                .

Date:   10/21/2021

/s/ Michael S. Antonellis
*Attorney's signature*

Michael S. Antonellis, BBO #600501
*Printed name and bar number*
Sloane and Walsh, LLP
148 Eastern Boulevard, Suite 105
Glastonbury, CT  06033

*Address*

mantonellis@sloanewalsh.com
*E-mail address*

(860) 375-1877
*Telephone number*

(860) 430-6999
*FAX number*

Print    Save As...    Reset