UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HESTIA MANAGEMENT, LLC,             )<br>          Plaintiff,             )<br>                                   )<br>v.                                 )<br>                                   )<br>PENN-AMERICA INSURANCE COMPANY     )<br>and GLOBAL INDEMNITY GROUP         )<br>SERVICES, LLC,                     )<br>          Defendants.              ) | Docket No. 1:21cv11366 |

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal *with prejudice* of this action, including all claims stated therein, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

Dated December 17, 2021

For the Plaintiff,

HESTIA MANAGEMENT, LLC

By its attorneys,

  /s/ Valentin Gurvits
Valentin Gurvits, BBO #643572
Frank Scardino, BBO #703911
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

1

For the Defendants,

PENN AMERICAN INSURANCE COMPANY and
GLOBAL INDEMNITY GROUP SERVICES INC

By its attorneys,

_/s/ Michael S. Antonellis___(by V.G. with permission)_____
Anthony Antonellis BBO#557964
Michael S. Antonellis, BBO#600501
SLOANE and WALSH, LLP
One Boston Place
201 Washington Street, Suite 1600
Boston, MA 02108
Telephone: (617) 523-6010
Facsimile: (617) 227-0927
aantonellis@sloanewalsh.com
mantonellis@sloanewalsh.com

**CERTIFICATE OF SERVICE**

       I, Valentin Gurvits, Esq., do hereby certify that on this 17th day of December 2021, I caused the foregoing document to be filed via the ECF filing system copies of which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF):

Defendant's Counsel:
Anthony J. Antonellis, Esq.
Michael S. Antonellis, Esq.
Sloane & Walsh LLP
One Boston Place, Suite 1600
Boston, MA 02108
aantonellis@sloanewalsh.com
mantonellis@sloanewalsh.com

                                   /s/ Valentin Gurvits_____
                                   Valentin Gurvits